1 | **Susan Martin, SBA # 014226**
2 | **Daniel Bonnett, SBA # 014127**
    | **MARTIN & BONNETT, P.L.L.C**
3 | 4647 N. 32nd Street, Suite 185
    | Phoenix, AZ 85018
4 | Telephone: (602) 240-6900
    | smartin@martinbonnett.com
5 | dbonnett@martinbonnett.com

6 | **Troy L. Kessler** *(pro hac vice)*
    | **Marijana Matura** *(pro have vice)*
7 | **SHULMAN KESSLER LLP**
8 | 534 Broadhollow Road, Suite 275
    | Melville, NY 11747
9 | Telephone: (631) 499-9100
    | tkessler@shulmankessler.com
10 | mmatura@shulmankessler.com

*Attorneys for Arizona Class Representatives and Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XAVIER BONNER, PAHKALIJAE ROSS, DEWOYNE WILLIAMS, AND JONATHAN HARRIS, on behalf of themselves and all others similarly situated, and ARLISON SIX, individually,<br><br>                    Plaintiffs,<br>vs.<br><br>MICHIGAN LOGISTICS INC., d/b/a DILIGENT DELIVERY SYSTEMS; ARIZONA LOGISTICS, LLC, d/b/a DILIGENT DELIVERY SYSTEMS; PARTS AUTHORITY ARIZONA LLC, d/b/a PARTS AUTHORITY; and XYZ CORPORATIONS,<br><br>                    Defendants. | CASE NO.: CV16-03662-GMS<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's April 20, 2017 Order (Doc. 45), counsel for the parties submit this Joint Status Report.

Active/48778951.1

1  Since the Parties August 6, 2018 status report, six of the Plaintiffs (Xavier Bonner, Pahkalijae Ross, Dewoyne Williams, Jonathan Harris, Danny Tarkington, and Marcus Thompson) individual arbitrations against Defendants Michigan Logistics Inc. d/b/a Diligent Delivery Systems and Arizona Logistics, LLC d/b/a Diligent Delivery Systems are still pending, and Defendant Parts Authority Arizona LLC d/b/a Parts Authority has also been named as a respondent in the arbitrations.

Respectfully submitted this 30th day of October, 2018.

| | |
|---|---|
| **MARTIN & BONNETT, P.L.L.C.** | **SHERMAN & HOWARD L.L.C.** |
| By: s/ Daniel L. Bonnett<br>Daniel L. Bonnett<br>4647 N. 32nd Street, Suite 185<br>Phoenix, AZ 85018 | By: s/ Heather Fox Vickles<br>Heather Fox Vickles (*pro hac vice*)<br>633 17th Street<br>Denver, CO 80202 |
| SHULMAN KESSLER LLP<br>Troy L. Kessler (*pro hac vice*)<br>Marijana Matura (*pro hac vice*)<br>534 Broadhollow Road, Suite 275<br>Melville, NY 11747 | John Alan Doran, Esq.<br>7083 E. Greenway Parkway, Suite 250<br>Scottsdale, AZ 85254<br><br>*Attorneys for Michigan Logistics Inc. and Arizona Logistics LLC d/b/a Diligent Delivery* |
| *Attorneys for the Arizona Class Representatives, Plaintiffs and the Putative FLSA and the Rule 23 Classes* | **MATHESON & MATHESON, P.L.C.**<br><br>By: s/ Michelle R. Matheson<br>Michelle R. Matheson<br>15300 North 90th Street, Suite 550<br>Scottsdale, AZ 85260<br><br>Abrams, Fensterman, Fensterman, Eisman Formato, Ferrara & Wolfe, LLP<br>Sharon P. Stiller, Esq.<br>160 Linden Oaks<br>Rochester, NY 14625<br><br>*Attorneys for Parts Authority Arizona LLC d/b/a Parts Authority* |

Active/48778951.1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON October 30, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona by using the CM/ECF System for filing.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court CM/ECF system.

John Alan Doran, Esq.
Sherman & Howard L.L.C.
7083 E. Greenway Parkway, Suite 250
Scottsdale, AZ  85254

Heather Fox Vickles, Esq. (*pro hac vice*)
Matthew M. Morrison, Esq.
Sherman & Howard, L.L.C.
633 17th Street
Denver, CO  80202

*Attorneys for Michigan Logistics Inc.*
*and Arizona Logistics LLC d/b/a Diligent Delivery*

Michelle R. Matheson, Esq.
Matheson & Matheson, P.L.C.
15300 North 90th Street, Suite 550
Scottsdale, AZ  85260

Sharon P. Stiller, Esq. (*pro hac vice*)
Abrams, Fensterman, Fensterman,
Eisman, Formato, Ferrara & Wolfe, LLP
160 Linden Oaks
Rochester, NY  14625

*Attorneys for Parts Authority Arizona LLC,*
*d/b/a Parts Authority*

/s/Marijana Matura

Active/48778951.1